UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MANUEL LEIVA,<br><br>          Petitioner,<br><br>  v.<br><br>D.G. ADAMS,<br><br>          Respondent. | NO. CV 15-9932-RSWL (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: 5/14/2018        s/ RONALD S.W. LEW
                                   RONALD S.W. LEW
                                   United States District Judge